January 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

UNION PACIFIC RAILROAD COMPANY, Appellant

NO. 14-11-00931-CV                    V.

RICHARD RUBY AND RONALD ZIMMERMAN, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on September 9, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by UNION PACIFIC RAILROAD COMPANY.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.